**UNITED STATES DISTRICT COURT**

                     **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO COSIO, | NO. EDCV 10-828-SS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: July 15, 2011

                                         /S/
                                   SUZANNE H. SEGAL
                                   UNITED STATES MAGISTRATE JUDGE